IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 29 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| KYLE KINCAID,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | C.A. NO. A 04 CV 503 |
| | § | |
| UNION PACIFIC RAILROAD CORP.,<br>    Defendant. | §<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Kyle Kincaid, and Defendant, Union Pacific Railroad Company, in the above-captioned matter file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41. The parties hereby jointly stipulate that the above matter against Defendant may be DISMISSED WITH PREJUDICE. The parties further stipulate that they will bear their own costs and attorneys' fees in connection with this dismissal.

Respectfully submitted,

*Kyle Kincaid by HHW (w/permission)*

KYLE KINCAID
Plaintiff, *Pro Se*
1817 Maize Bend Dr.
Austin, Texas 78727

*Holly Williamson*

**Holly H. Williamson**
State Bar No. 21620100
Federal I.D. No. 8591
1111 Louisiana, 44th Floor
Houston, Texas 77002
713.220.5800 (Telephone)
713.236.0822 (Facsimile)

Attorneys for Defendant,
Union Pacific Railroad Company



## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Joint Stipulation of Dismissal were served on Plaintiff pro se via U.S. mail, on the 23rd day of November, 2004.

_____
Holly H. Williamson